UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN EDWARD ROME, MD, PC, et al.,

                Petitioners,

-v.-

LOUIS MARIOTTI, et al.,

                Respondents.

25 Civ. 2537 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On January 31, 2025, Petitioners filed a petition to vacate an arbitration award. Proceedings to vacate an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials in support of their Petition by **April 11, 2025**. Respondents' opposition, if any, is due on **April 29, 2025**. Petitioners' reply, if any, is due on **May 9, 2025**.

Petitioners shall serve the Petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **April 11, 2025**, and file an affidavit of such service with the Court no later than **April 14, 2025**.

    SO ORDERED.

Dated: April 1, 2025
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge