```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBER SURGEONS GUILD et al.,

                        Petitioners,

-v.-

LOUIS MARIOTTI et al.,

                        Respondents.

---

25 Civ. 2537 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

       Petitioners filed the petition to vacate an arbitration award on March 27, 2025. *See* ECF No. 1. On April 15, 2025, Respondents moved to dismiss the petition for lack of subject matter jurisdiction. *See* ECF No. 25. On April 17, 2025, Petitioners filed an amended petition. *See* ECF No. 31. Accordingly, Respondents' motion to dismiss the petition, ECF. No. 25, is hereby DENIED as moot. In addition, Petitioners' motion for leave to file a sur-reply in further opposition to the motion to dismiss, ECF No. 34, is DENIED as moot. Respondents may move to dismiss the amended petition by **May 9, 2025**.

       The Clerk of Court is directed to terminate ECF Nos. 25 and 34.

       SO ORDERED.

Dated: April 25, 2025
       New York, New York

                                                */s/ Jennifer H. Rearden*
                                                JENNIFER H. REARDEN
                                                United States District Judge