UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

**JUSTIN ROME** et al.,

      Plaintiffs,

  -v-                                  No. 25-CV-2537-LTS-GWG

**LOUIS MARIOTTI** et al.,

      Defendants.

## ORDER

The above-captioned case was transferred to the undersigned on April 30, 2025. The parties are hereby directed to promptly meet and confer and to file a joint status update, **within 14 days** after the entry of this Order, setting forth the following matters:

    a. The names of counsel and current contact information.

    b. All existing deadlines, due dates, and/or cut-off dates.

    c. A statement of any previously scheduled conferences or arguments with the Court that have not yet occurred, and the matters that were to be addressed.

    d. A statement and description of any pending appeals.

    e. The status of settlement discussions and the prospects for settlement of the action in whole or in part, provided that the joint status update shall not disclose to the Court specific settlement offers or demands.

    f. Whether mediation might facilitate resolution of the case.

    g. A concise statement of all issues to be decided by the Court, including whether any motions are pending or being briefed, and a concise description of the nature and status of any such motions, including whether the parties anticipate filing supplemental briefing or supplemental authority.

      h.  Any other information the parties believe may assist the Court in advancing the above-captioned case to settlement or trial, including whether related cases are pending in this court or in any other forum.

SO ORDERED.

Dated: New York, New York
       May 14, 2025

          /s/ Laura Taylor Swain
         LAURA TAYLOR SWAIN
         Chief United States District Judge