**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BARBER SURGEONS GUILD PC et al.,

                              Petitioners,

        -against-                                                    25 **CIVIL** 2537 (LTS)

                                                                    **JUDGMENT**

LOUIS MARIOTTI et al.,

                              Respondents.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Order dated March 25, 2026, Petitioners' Motion to Seal is

granted. The Letter Motion is denied, and the Court has declined to "So Order" the parties'

proposed Stipulation. Because BSG NY is a necessary and indispensable party that cannot be

joined to Petitioners' Motion to Vacate, this case is dismissed without prejudice to litigation in

an appropriate state forum. All of the pending motions are therefore denied without prejudice;

accordingly, the case is closed.

**Dated:** New York, New York

        March 26, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                        **BY:**            *K. mango*
                                        _____
                                                **Deputy Clerk**